Andrew G. Patel
Attorney-at-Law
80 Broad Street, Suite 1900
New York, New York 10004
Apatel@apatellaw.com                                                                                           Telephone 212-349-0230

**By Email and ECF**

April 10, 2020

> APPLICATION GRANTED
> SO ORDERED /s/ Vernon Broderick
> VERNON S. BRODERICK
> U.S.D.J. 4/13/2020
>
> The status conference scheduled for April 17, 2020 is hereby adjourned sine die. The parties are directed to file a joint status letter on June 17, 2020.

Honorable Vernon S. Broderick
United States District Judge
United States Courthouse
40 Foley Square
New York, NY 10007

        Re:  <u>United States v. Kevin McNicholas</u>
           18 Cr. 727 (VSB)

Dear Judge Broderick:

  This letter is respectfully submitted to request an adjournment of the conference in this matter which is currently scheduled for April 17, 2020. This adjournment is being requested due to the national emergency caused by the COVID-19 pandemic.

  I respectfully request that Your Honor set a control date for approximately 60 days. Assistant United States Attorney Karin Portlock has advised that the Government consents to this request.

  Mr. McNicholas has stayed in contact with me and Ms. Crawford, the mitigation specialist working with Mr. McNicholas. Mr. McNicholas sent me a text yesterday as he was on his way to his program.

  I thank Your Honor for considering this request and I hope you and your staff are well.

        Respectfully submitted,

         s/Andrew Patel
        Andrew G. Patel

cc: Karin Portlock
   Assistant United States Attorney (by email)

   Shawnté Lorick
   U.S. Probation Officer Specialist (by email)

   Jenny Crawford (by email)